IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR No. CR 05 59 ML |
| v. | ) | In violation of |
| | ) | 18 U.S.C. § 2113(a) |
| TIMOTHY F. CONNOR | ) | |

**INDICTMENT**

COUNT I

The Grand Jury charges:

On or about March 31, 2005, in the District of Rhode Island, the Defendant, TIMOTHY F. CONNOR, by intimidation, did knowingly take from the person and presence of another money, namely approximately $3,858.00 (three thousand, eight hundred and fifty-eight dollars), belonging to and in the care, custody, control, management, and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. § 2113(a).

COUNT II

The Grand Jury further charges:

On or about April 6, 2005, in the District of Rhode Island, the defendant, TIMOTHY F. CONNOR, by intimidation, did knowingly take from the person and presence of another money, namely, approximately $600.00 (six hundred dollars), belonging to and in the care, custody, control, management, and possession of

Sovereign Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation;

All in violation of 18 U.S.C. § 2113(a).

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

DATE FILED: May 4, 2005