UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-059 ML

TIMOTHY CONNOR :

**MOTION TO CONTINUE TRIAL**

NOW comes the defendant, Timothy Connor, and moves that this Honorable Court continue the jury empanelment of this case from February of 2006 to April of 2006. In support of this motion, the defendant states that:

1. The defendant in this case has expressed a willingness to plead guilty to the charges set forth in the indictment.

2. Defense counsel needs some additional time to review the impact on the potential sentence in this case of the defendant's prior guilty plea in Suffok Count, Massachusetts Superior Court.

3. In addition, defense counsel is scheduled to be on trial before the Honorable William Smith, beginning February 28, 2006 in the matter of United State v. John Conley, Cr No. 05-079 S, a fourteen count wire fraud indictment that is likely to take two weeks to try.

The granting of this motion is consistent with the ends of justice, as provided in 18 U.S.C. § 3161(h)(8)(A), as the defendant's needs to evaluate the evidence outweighs the interest of the Government in a speedy trial.

TIMOTHY CONNOR,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 WEYBOSSET STREET, SUITE 300
PROVIDENCE, RI 02903
(401) 528 - 4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of the within to James H. Leavey, AUSA on the 19th day of January, 2006.