UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-059 ML

TIMOTHY CONNOR :

**ORDER GRANTING**
**DEFENDANT'S MOTION TO CONTINUE TRIAL**

The within matter was before the Honorable Court, the Honorable Mary M. Lisi, United States District Judge, presiding, on January 20, 2006, for hearing on the defendant, Timothy Connor's motion to continue trial. After consideration, and the government having no objection, the Court finds that:

1. The first two grounds set out in the defendant's motion support the granting of a motion to continue the trial.

2. The granting of the defendant's motion to continue the trial serve the ends of justice, as provided in 18 U.S.C. § 3161(h)(8)(A), as the interests of justice outweigh served by granting the defendant's motion to continue outweigh the interest of the government and the defendant to a speedy trial.

3. This matter is continued to the Court's April, 2006 trial calendar.

ENTER: PER ORDER:

Honorable Mary M. Lisi, USDJ

Clerk

Presented by:

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 WEYBOSSET STREET, SUITE 300
PROVIDENCE, RI 02903
(401) 528 - 4281

## CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to James H. Leavey, AUSA on the 19th day of January, 2006.