FILED
JUN 16 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 1:05-CR-59ML |
| TIMOTHY CONNOR | : | |

MOTION TO CONTINUE SENTENCING

NOW COMES the defendant and moves to continue his sentencing currently scheduled in this matter for June 20, 2006. As grounds for this request, the defendant seeks a continuance to allow for defense counsel to have a psychiatric evaluation performed of the defendant.

TIMOTHY CONNOR
By his Attorney,

Edward C. Roy
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 16th day of June, 2006, I hand-delivered a true copy of the within motion to James Leavey, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

Granted.
Mary M. Lisi
USDJ 6/19/06