UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 1:05-CR-59ML |
| TIMOTHY CONNOR | : | |

MOTION TO CONTINUE SENTENCING

NOW COMES the defendant and moves to continue his sentencing currently scheduled in this matter for August 10, 2006 As grounds for this request, the defendant seeks a thirty (30) day continuance due to the fact that the expert report is not yet completed.

TIMOTHY CONNOR
By his Attorney,

/s/ Edward C. Roy #3029
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 8th day of August, 2006, I filed and served by electronic notification, the within motion to James Leavey, AUSA, Office of the United States Attorney 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and by hand-delivery to Dennis Jenkins, USPO, United States District Court, Office of the Probation Officer, District of Rhode Island Two Exchange Terrace, Providence, RI 02903.

/s/ Edward C. Roy
Assistant Federal Defender